NO. 29,984

FILED
2015 SEP 11 AM 10
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE DISTRICT COURT |
| | § | |
| **vs.** | § | 354th JUDICIAL DISTRICT |
| | § | |
| **JOSHUA MADISON NEWKIRK** | § | HUNT COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8:28:40 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JOSHUA MADISON NEWKIRK, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against JOSHUA MADISON NEWKIRK.

Respectfully submitted,

Peter I. Morgan
2708 Washington St.
P.O. Box 984
Greenville, Texas 75403
Tel: (903) 455-8113
Fax: (903) 642-0057

By:_____

Peter I. Morgan
State Bar No. 14451700
Attorney for JOSHUA MADISON NEWKIRK

Notice of Appeal
Page 1 of 2

1

## CERTIFICATE OF SERVICE

This is to certify that on September 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, 4th Floor Hunt County Courthouse, by hand delivery.

Peter I. Morgan

Notice of Appeal
Page 2 of 2

2



CASE NO. 29984          COUNT 1
INCIDENT NO./TRN: 9128362217 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| JOSHUA MADISON NEWKIRK | § | |
| | § | |
| STATE ID NO.: TX 50028780 | § | 354TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 09-02-2015.

HONORABLE RICHARD A. BEACOM, JR.

354 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)                    Attorney for Defendant

Mailing Address: 2501 FARR ST.        SBN: 24004313
Caddo Mills, TX 75115

Telephone number: 903-527-0181        Address: PO BOX 1053

GREENVILLE,TEXAS 75403-1053

Telephone Number: 903-455-9888

Fax Number: 903-454-7904

29984

3                                                        1

No. CR 29,984

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE 354TH DISTRICT |
| | * | |
| V | * | COURT |
| | * | |
| JOSHUA MADISON NEWKIRK | * | HUNT COUNTY, TEXAS |

FILED
2015 SEP 11

## MOTION FOR NEW TRIAL

Joshua Madison Newkirk, Defendant, files this Motion For New Trial and shows:

### 1. Trial Date and Conviction

A trial before the court on this case was held and judgment pronounced and entered on September 2, 2015.

### 2. Grounds for New Trial

Defendant requests that a new trial be granted in the interest of justice. Defendant urges the Court to reconsider whether or not sufficient evidence exists to support each element of the offense of Murder as charged in the indictment.

### Prayer

Defendant prays that the Court set aside the Judgment of Conviction entered in this cause and order a new trial on the merits.

RESPECTFULLY SUBMITTED,

Peter I. Morgan,
Counsel for Joshua Madison Newkirk
SBN 14451700
P.O. Box 984
2708 Washington St.
Greenville, Texas 75403
Tel: (903) 455-8113
Fax: (903) 642-0057

Motion For New Trial
State of Texas v. Joshua Madison Newkirk
Page 1 of 2

4

## CERTIFICATE OF SERVICE

This is to certify that on September 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, 4th floor Hunt County Courthouse, by hand delivery.

Peter I. Morgan

Motion For New Trial
State of Texas v. Joshua Madison Newkirk
Page 2 of 2

5